Nicholas Heinke
Ian J. Kellogg
Applications pursuant to LR IA 11-3 pending
Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, Colorado 80294
(303) 844-1000
heinken@sec.gov
kelloggi@sec.gov

*Counsel for Plaintiff Securities and Exchange Commission*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>ALPINE SECURITIES CORPORATION, CHRISTOPHER DOUBEK, and JOSEPH WALSH,<br><br>    Defendants. | Case No. 2:22-cv-01279-RFB-VCF<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT CHRISTOPHER DOUBEK TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

Pursuant to Local Rule IA 6-1, Defendant Christopher Doubek and Plaintiff the United States Securities and Exchange Commission hereby stipulate that Mr. Doubek shall have a one week extension of time, up to and including October 18, 2022, within which to answer or otherwise respond to the Complaint.

The Complaint in this matter was filed on August 10, 2022, ECF No. 1, and a waiver of service was sent to Mr. Doubek the same day, ECF No. 9. Mr. Doubek's current deadline to answer or otherwise respond to the Complaint is October 11, 2022. Fed. R. Civ. P. 12(a)(1)(A)(ii).

Mr. Doubek, who is proceeding *pro se*, has requested an additional week to prepare and construct his response to the Complaint, up to and including October 18, 2022. The Commission does not object to the requested extension. This is the first stipulation for extension of time for Mr.

Doubek to respond to the Complaint. *See* LR IA 6-1.

The parties respectfully request that the Court endorse approval of this Stipulation, making Mr. Doubek's deadline to answer or otherwise respond to the Complaint October 18, 2022.[1]

Dated: October 5, 2022

*s/Christopher Doubek*
Christopher Doubek
2043 Joy View Lane
Henderson, NV 89012

*Pro Se Defendant*

*s/ Ian J. Kellogg*
Nicholas Heinke
Ian J. Kellogg
Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO 80294
(303) 844-1000
heinken@sec.gov
kelloggi@sec.gov

*Counsel for Plaintiff*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  10-6-2022

---

[1] An order in the form of a signature block is included pursuant to LR IA 6-2. A separate proposed order is also attached pursuant to Judge Boulware's Chambers Practices.

2

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing was filed with the Court on October 5, 2022 through the CM/ECF system, and served upon the Defendants as follows:

Christopher Doubek (*pro se*)
2043 Joy View Lane
Henderson, NC 89012
cdoubek@btap.com
*Via Email and U.S. Mail*

Alpine Securities Corporation
Joseph Walsh
c/o Maranda Fritz, Esq.
Fritz P.C.
521 Fifth Ave., 17th Floor
New York, N.Y., 10175
maranda@fritzpc.com
*Via Email and U.S. Mail*

                                         *s/ Cynthia Knowles*
                                         Securities and Exchange Commission

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>     Plaintiff,<br><br>  v.<br><br>ALPINE SECURITIES CORPORATION, CHRISTOPHER DOUBEK, and JOSEPH WALSH,<br><br>     Defendants. | Case No. 2:22-cv-01279-RFB-VCF_____<br><br>**[PROPOSED] ORDER APPROVING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT CHRISTOPHER DOUBEK TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

THIS COURT has considered the Stipulation for Extension of Time for Defendant Christopher Doubek to Answer or Otherwise Respond to Complaint [ECF No. 12] filed by Defendant Doubek and Plaintiff the U.S. Securities and Exchange Commission, and being fully advised of the premises,

HEREBY APPROVES the Stipulation and ORDERS that Defendant Christopher Doubek shall have up through and including October 18, 2022 within which to answer or otherwise respond to the Plaintiff's Complaint.

DONE this ____ day of _____, 2022.

BY THE COURT:

_____
United States District Judge