Janine C. Prupas, Bar No. 9156
jprupas@swlaw.com
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, NV 89501
Telephone: (775) 785-5440
Facsimile: (775) 785-5441

Kelly H. Dove, Bar No. 10569
kdove@swlaw.com
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

Maranda E. Fritz
maranda@fritzpc.com
Maranda Fritz PC
521 Fifth Avenue
New York, New York 10175
Telephone: 646 584-8231
(Pro Hac Application pending)

*Attorneys for Defendant Alpine Securities Corp. and Joseph Walsh*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>v.<br><br>ALPINE SECURITIES CORPORATION, CHRISTOPHER DOUBEK, and JOSEPH WALSH,<br><br>                    Defendants. | Case No. 2:22-cv-01279-RFB-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON MOTIONS TO DISMISS**<br><br>**(FIRST REQUEST)** |

Plaintiff United States Securities and Exchange Commission ("Plaintiff" or "SEC"); Defendants Alpine Securities Corporation and Joseph Walsh ("Alpine Defendants"); and Defendant Christopher Doubek ("Doubek") (collectively, the "Parties"), by and through their respective counsel, submit this Stipulation and Order to continue the hearing on Alpine Defendants' Motion to Dismiss for Improper Venue or, in the Alternative, Motion to Stay Duplicative

Proceedings [ECF No. 14] ("Motion to Dismiss") and Doubek's Motion to Dismiss [ECF No. 17] currently set for July 6, 2023 at 2:30 p.m.

1.  On October 18, 2022, Alpine Defendants filed their Motion to Dismiss [ECF No. 14].

2.  On October 18, 2022, Doubek filed his Motion to Dismiss [ECF No. 17].

3.  On November 1, 2022, Plaintiff filed its Opposition to Doubek's Motion to Dismiss [ECF No. 19] and its Opposition to Alpine Defendants' Motion to Dismiss [ECF No. 20].

4.  On November 8, 2022, Alpine Defendants filed their Reply in Support of Motion to Dismiss [ECF No. 21].

5.  On June 20, 2023, the Court entered a Minute Order setting a hearing on the Alpine Defendants' and Doubek's Motions to Dismiss for July 6, 2023, at 2:30 p.m. [ECF No. 28].

The Parties have conferred and have now stipulated and agreed to continue the hearing on Alpine Defendants' and Doubek's Motions to Dismiss, currently set for July 6, 2023 at 2:30 p.m., to July 24, 2023, or as soon thereafter as is convenient for the Court.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: July 5, 2023 | Dated: July 5, 2023 |
| 2 | SNELL & WILMER L.L.P. | Christopher Doubek |
| 3 | By: */s/ Kelly H. Dove* | By: */s/ Christopher Doubek* |

    Janine C. Prupas, No. 9156  
    50 West Liberty Street, Suite 510  
    Reno, Nevada 89501

    Christopher Doubek  
    2043 Joy View Lane  
    Henderson, NV 89012

    Kelly H. Dove, Bar No. 10569  
    3883 Howard Hughes Parkway, Suite 1100  
    Las Vegas, NV 89169

    *Pro Se*

    Maranda E. Fritz  
    maranda@fritzpc.com  
    Maranda Fritz PC  
    521 Fifth Avenue  
    New York, New York 10175  
    Telephone: 646 584-8231  
    (Pro Hac Application pending)

*Attorneys for Defendants Alpine Securities Corporation and Joseph Walsh*

Dated: July 5, 2023

By: */s/ Ian J. Kellogg*  
    Ian J. Kellogg  
    Admitted pursuant to LR IA 11-3  
    Securities and Exchange Commission  
    1961 Stout Street, Suite 1700  
    Denver, Colorado 80294

*Attorneys for Plaintiff*

## ORDER

**IT IS ORDERED** that the hearing on Defendants' Motions to Dismiss currently set for July 6, 2023, be continued to July 24, 2023. at 2:45 p.m.,

**IT IS SO ORDERED.**

_____  
RICHARD F. BOULWARE, II  
UNITED STATES DISTRICT JUDGE

DATED this 5th day of July, 2023.

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO CONTINUE HEARING ON MOTIONS TO DISMISS** by the method indicated:

| | |
|---|---|
| XXXXXXX | by Court's CM/ECF Program |
| _____ | by U. S. Mail |
| _____ | by Facsimile Transmission |
| _____ | by Overnight Mail |
| _____ | by Federal Express |
| _____ | by Electronic Service |
| _____ | by Hand Delivery |

Dated this 5th day of July, 2023

By: */s/ Maricris Williams*
An employee of Snell & Wilmer L.L.P.

4869-2040-0750

- 4 -