Christopher E. Martin
Ian J. Kellogg
Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, Colorado 80294
(303) 844-1000
martinc@sec.gov
kelloggi@sec.gov

*Counsel for Plaintiff Securities and Exchange Commission*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALPINE SECURITIES CORPORATION, CHRISTOPHER DOUBECK, and JOSEPH WALSH,<br><br>　　　　Defendants. | Case No. 22-CV-01279-RFB-VCF _____<br><br>**MOTION TO WITHDRAW** |

　　　　Christopher E. Martin, as attorney for Plaintiff United States Securities and Exchange Commission ("SEC"), respectfully requests to withdraw as counsel for the SEC in above-captioned case:

　　　　1.　　Mr. Martin has been reassigned to work on different matters on behalf of the SEC and a new counsel for the SEC, James P. McDonald, has made a Motion to Permit Appearance of Government Attorney. *See* Docket Number 44.

　　　　2.　　In addition, to Mr. McDonald, attorney Ian J. Kellogg will remain as counsel for the SEC.

　　　　3.　　No parties will be prejudiced by the request herein and there will be no delay caused.

　　　　WHEREFORE, Mr. Martin requests that the Court allow him to withdraw as an attorney of record in this case. A proposed Order is included herewith.

Dated: October 5, 2023

Respectfully Submitted,

*s/ Christopher Martin*

Christopher Martin
Ian J. Kellogg
James P. McDonald
Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO 80294
(303) 844-1000
martinc@sec.gov
kelloggi@sec.gov
mcdonaldj@sec.gov

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>ALPINE SECURITIES CORPORATION, CHRISTOPHER DOUBECK, and JOSEPH WALSH,<br><br>    Defendants. | Case No. 22-CV-01279-RFB-VCF _____<br><br>~~[PROPOSED]~~ ORDER GRANTING MOTION TO WITHDRAW |

The Court has considered the Motion filed by Plaintiff the United States Securities and Exchange Commission ("SEC"), an agency of the United States, for permission to allow the withdrawal of attorney Christopher E. Martin from the case.

**IT IS HEREBY ORDERED** that the motion is granted. Mr. Martin is hereby withdrawn as counsel for the SEC in this matter.

Dated: 10-6-2023

BY THE COURT

_[signature]_

United States ~~District~~ Judge
                        Magistrate

3