William E. Peterson, Bar No. 1528
wpeterson@swlaw.com
Janine C. Prupas, Bar No. 9156
jprupas@swlaw.com
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, NV 89501
Telephone: (775) 785-5440
Facsimile: (775) 785-5441

Erin M. Gettel, Bar No. 13877
egettel@swlaw.com
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

Maranda E. Fritz
maranda@fritzpc.com
Maranda Fritz PC
521 Fifth Avenue
New York, New York 10175
Telephone: 646 584-8231
(Admitted Pro Hac Vice)

*Attorneys for Defendants Alpine Securities Corp. and Joseph Walsh*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> ALPINE SECURITIES CORPORATION, CHRISTOPHER DOUBEK, and JOSEPH WALSH, <br><br> Defendants. | Case No. 2:22-cv-01279-RFB-VCF <br><br> **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

SNELL & WILMER L.L.P. hereby requests that the following attorney be removed from the CM/ECF service list as she is no longer associated with this matter:

- Kelly H. Dove

Dated: October 25, 2023

SNELL & WILMER L.L.P.

By: */s/ William E. Peterson*
William E. Peterson, Bar No. 1528
Janine C. Prupas, Bar No. 9156
50 West Liberty Street, Suite 510
Reno, Nevada 89501

Erin M. Gettel, Bar No. 13877
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

Maranda E. Fritz
maranda@fritzpc.com
Maranda Fritz PC
521 Fifth Avenue
New York, New York 10175
Telephone: 646 584-8231
(Admitted Pro Hac Vice)

*Attorneys for Defendants Alpine Securities Corporation and Joseph Walsh*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  10-26-2023 _____

- 2 -

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** by the method indicated:

| | |
|---|---|
| XXXXXXX | by Court's CM/ECF Program |
| _____ | by U. S. Mail |
| _____ | by Facsimile Transmission |
| _____ | by Overnight Mail |
| _____ | by Federal Express |
| _____ | by Electronic Service |
| _____ | by Hand Delivery |

Dated October 25, 2023

By: */s/ Maricris Williams*
An employee of Snell & Wilmer L.L.P.

4889-3082-4074

- 3 -