# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>   Plaintiff,<br><br>v.<br><br>ALPINE SECURITIES CORPORATION, CHRISTOPHER DOUBECK, and JOSEPH WALSH,<br><br>   Defendants. | Case No. 2:22-CV-1279-RFB-MDC<br><br>**ORDER GRANTING MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY** |

The Court has considered the Motion filed by Plaintiff United States Securities and Exchange Commission ("SEC"), an agency of the United States, for permission pursuant to Local Rule IA 11-3 for SEC attorney Jacqueline Moessner to be permitted to appear in this case on behalf of the SEC and to practice before this Court during the period of her employment.

**IT IS HEREBY ORDERED** that the motion is granted. Ms. Moessner shall be permitted to appear in this case on behalf of the SEC and to practice before this Court during the period of her employment, subject to the Local Rules of this Court.

Dated: March 25, 2024

SO ORDERED:

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**