# EXHIBIT 1

# EXHIBIT 1

**DECLARATION OF JANINE PRUPAS**

I, Janine Prupas, declare under penalty of perjury under the laws of Nevada as follows:

1. I am an attorney licensed to practice law in all state and federal courts in Nevada and California.

2. I am counsel of record for the Defendants in this action and am also the Designated Associate Resident Counsel for Maranda Fritz who was admitted as counsel for the Defendants in this case on July 10, 2023.

3. A conflict of interest has recently developed between Defendants and Snell & Wilmer precluding Snell & Wilmer from continuing with its representation of the Defendants in this matter consistent with the Nevada Rules of Professional Conduct necessitating Snell & Wilmer's withdrawal as counsel of record for the Defendants and as Designated Associate Resident Counsel for Maranda Fritz.

Dated: September 24, 2024.

/s/ *Janine Prupas*
Janine Prupas, NV Bar No. 9156