Joseph C. Reynolds (8630)
Ramez A. Ghally (15225)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:    (702) 385-2500
Fax:   (702) 385-2086
jreynolds@hutchlegal.com
rghally@hutchlegal.com

Maranda E. Fritz
MARANDA E. FRITZ PC
521 Fifth Avenue 17th Floor
New York, New York 10175
Tel: (646) 584-8231
maranda@fritzpc.com

*Attorney for Defendants Alpine Securities Corporation and Joseph Walsh*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>               Plaintiffs,<br><br>v.<br><br>ALPINE SECURITIES CORPORATION, CHRISTOPHER DOUBEK, and JOSEPH WALSH,<br><br>               Defendants. | Case No.:  2:22-cv-01279-RFB-MDC<br><br>**ALPINE SECURITIES' UNOPPOSED MOTION TO AMEND SCHEDULING ORDER (FIFTH REQUEST)** |

Pursuant to Local Rules ("LR") 6-1 and 26-3, and the Court's Stipulated Discovery Plan and Scheduling Order dated September 15, 2023, Dkt. No. 41 at ¶ 10 (the "Scheduling Order"), Defendant Alpine Securities Corporation respectfully submits this motion to extend current deadlines related to dispositive motions.  Plaintiff, the United States Securities and Exchange Commission has informed Alpine that it does not oppose the relief sought in this motion.  This is the fifth request for an extension.

This extension is requested because new local counsel has now been retained for defendants Alpine Securities and Joseph Walsh following the withdrawal of prior local counsel. The deadline for dispositive motions is currently set for this Thursday, October 10, 2024, and undersigned counsel requests an eight-day extension to allow newly retained local counsel an opportunity to familiarize themselves with the matter and assist in the preparation and filing of defendants' motion for summary judgment.

Alpine believes that this extension is appropriate and requests an extension to the following paragraphs of the Amended Scheduling Order (Dkt. No. 76), with the proposed extension dates also set forth below:

6. Dispositive motion deadline: October 18, 2024; oppositions due November 8, 2024; replies due November 22, 2024.

7. Pretrial order. The deadline for the parties to file a joint pretrial order is November 18, 2024, 30 days after the dispositive-motion deadline.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

For the reasons set forth above, Defendant Alpine Securities Corporation respectfully submits that there is good cause to amend the scheduling order in this matter. A proposed order amending the pertinent dates of the Amended Scheduling Order is included.

DATED this 8th day of October, 2024.

                                        HUTCHISON & STEFFEN, PLLC

                                        */s/ Ramez Ghally*

                                        _____
Joseph C. Reynolds (8630)
Ramez A. Ghally (15225)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

Maranda E. Fritz
MARANDA E. FRITZ PC
521 Fifth Avenue 17th Floor
New York, New York 10175

*Attorney for Defendants Alpine Securities Corporation and Joseph Walsh*

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Hutchison & Steffen, PLLC, and that on this 8th day of October, 2024, I caused a copy of **ALPINE SECURITIES' UNOPPOSED MOTION TO AMEND SCHEDULING ORDER (FIFTH REQUEST)** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Heather Bennett*
_____
An employee of Hutchison & Steffen, PLLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiffs,<br><br>v.<br><br>ALPINE SECURITIES CORPORATION, CHRISTOPHER DOUBEK, and JOSEPH WALSH,<br><br>Defendants. | Case No.: 2:22-CV-01279-RFB-MDC<br><br>**[PROPOSED] AMENDED SCHEDULING ORDER** |

WHEREAS, on September 15, 2023, the Court entered the Stipulated Discovery Plan and Scheduling Order, Dkt. No. 41 ("the Scheduling Order");

WHEREAS on December 28, 2023, upon the Plaintiff's motion, the Court entered an Order Amending Certain Deadlines of Stipulated Discovery Plan and Scheduling Order, Dkt. No.63 (the "Amended Scheduling Order");

WHEREAS on February 2, 2024, upon Plaintiff's motion, the Court entered an Order Amending Certain Deadlines of Stipulated Discovery Plan and Scheduling Order, Dkt. No. 66 (the "Second Amended Scheduling Order");

WHEREAS on June 21, 2024, upon Defendant Alpine Securities Corporation's motion, the Court entered an Order Amending Certain Deadlines of Stipulated Discovery Plan and Scheduling Order, Dkt. No. 73 (the "Third Amended Scheduling Order");

WHEREAS on September 25, 2024, upon Defendant Alpine Securities Corporation's motion, the Court entered an Order Amending Certain Deadlines of Stipulated Discovery Plan and Scheduling Order, Dkt. No. 76 (the "Fourth Amended Scheduling Order");

WHEREAS, on October 7, 2024, Defendant Alpine Securities Corporation moved for good cause to extend certain of the deadlines in the Amended Scheduling Order related to the filing of dispositive motions;

1  WHEREAS, Plaintiff the United States Securities and Exchange Commission (the "SEC") has indicated that it does not oppose the requested extensions; and

WHEREAS, good cause for the extensions having been established;

IT IS HEREBY ORDERED that the following paragraphs and deadlines of the Amended Scheduling Order, Dkt. No. 76, are amended as follows:

6. Dispositive motion deadline: October 18, 2024; oppositions due November 8, 2024; replies due November 22, 2024.

7. Pretrial order. The deadline for the parties to file a joint pretrial order is November 18, 2024, 30 days after the dispositive-motion deadline.

DATED October 11, 2024.

SO ORDERED:

_____

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE