Ian J. Kellogg
James P. McDonald
Jacqueline M. Moessner
Admitted pursuant to LR IA 11-3
Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, Colorado 80294
(303) 844-1000
kelloggi@sec.gov
mcdonaldja@sec.gov
moessnerj@sec.gov

*Counsel for Plaintiff Securities and Exchange Commission*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ALPINE SECURITIES CORPORATION, CHRISTOPHER DOUBEK, and JOSEPH WALSH,<br><br>Defendants. | Case No. 2:22-cv-01279-RFB-MDC<br><br>**DECLARATION OF JAMES P. MCDONALD IN SUPPORT OF PLAINTIFF'S COUNTER-STATEMENT OF MATERIAL FACTS AND OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, James P. McDonald, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am trial counsel with Plaintiff United States Securities and Exchange Commission ("SEC"), in its Denver, Colorado office. I am making this declaration in support of the SEC's Counter-Statement of Material Facts and Opposition to Defendants' Motion for Partial Summary Judgment (the "SEC Response"). I have personal knowledge of the matters set forth herein, except as otherwise noted, and if called as a witness, I could and would competently testify under oath to the facts stated herein. The purpose of this Declaration is to provide true and correct copies of documents and deposition transcripts cited in the SEC Response. All of these materials are being filed along with my Declaration via ECF in accordance with this Court's local rules. The Exhibit numbering used herein continues from the numbering used by the SEC in its Motion for Summary Judgment (Dkt. No. 81) and referred to in the Declaration and Attachments in Support (Dkt. Nos. 82, 82-1 to 82-43).

2. **Exhibit 44** to this Declaration is a true and correct copy of the errata sheet and form signed by Miriam Lefkowitz that identified transcription errors in a draft transcript of her August 21, 2024 deposition in this matter.

3. **Exhibit 45** to this Declaration is a true and correct copy of excerpts of the Deposition Transcript of D. Michael Cruz in this matter.

4. I have included at the end of this Declaration a list of the documents attached to this Declaration in an index format, per this Court's local rules.

I swear the foregoing is true and correct to the best of my knowledge and belief.

Dated: November 8, 2024
Executed in Denver, Colorado.

*s/ James P. McDonald*
James. P. McDonald

1

**INDEX OF ADDITIONAL EXHIBITS**

| Decl. Exhibit # | Depo Ex. # (if any) | Description of Exhibit |
|---|---|---|
| 44 | | Errata Sheet for Deposition of Miriam Lefkowitz |
| 45 | | Excerpt of Deposition of D. Michael Cruz |

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed with the Court on November 8, 2024, through the CM/ECF system, which will electronically notify all counsel of record and *pro se* parties authorized to receive electronic notifications.

/*s/ James P. McDonald*
Securities and Exchange Commission