# Exhibit 45

Excerpts of the Deposition Transcript of D. Michael Cruz.

```
 1                UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF NEVADA

 3

 4   UNITED STATES SECURITIES ) Case No. 22-CV-1279-RFB-MDC
     AND EXCHANGE COMMISSION, )
 5                            )
                    Plaintiff,)
 6                            )
     vs.                      )
 7                            )
     ALPINE SECURITIES        )
 8   CORPORATION, et al.,     )
                              )
 9                  Defendants.)
     _____)
10

11

12

13

14      VIDEOTAPED DEPOSITION OF DARREL MICHAEL CRUZ

15                   Salt Lake City, Utah

16                      May 15, 2024

17

18

19

20

21

22

23

24   Reported By:
     Amanda Richards, CSR No. 290358-7801
25   Job No. 240515TR
                                                              1
```

```
 1                UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF NEVADA
 3
 4   UNITED STATES SECURITIES ) Case No. 22-CV-1279-RFB-MDC
     AND EXCHANGE COMMISSION, )
 5                             )
                     Plaintiff,)
 6                             )
     vs.                       )
 7                             )
     ALPINE SECURITIES         )
 8   CORPORATION, et al.,      )
                               )
 9                   Defendants.)
     _____)
10
11
12          Videotaped deposition of DARREL MICHAEL CRUZ,
13   taken on behalf of Plaintiff at Securities and Exchange
14   Commission, 351 South West Temple, Suite 6.100, Salt
15   Lake City, Utah 84101, beginning at 9:16 a.m. and
16   ending at 4:46 p.m. on Wednesday, May 15, 2024 before
17   Amanda Richards, Certified Shorthand Reporter
18   No. 290358-7801.
19
20
21
22
23
24
25
```

                                                               2

```
 1   APPEARANCES OF COUNSEL:
 2   FOR PLAINTIFF:
 3           James P. McDonald
             Jacqueline M. Moessner
 4           Admitted pursuant to LR 1A 11-3
             Securities and Exchange Commission
 5           1961 Stout Street, Suite 1700
             Denver, Colorado 80294
 6           303.844.1000
             Mcdonaldja@sec.gov
 7           Moessnerj@sec.gov
 8
 9   FOR DEFENDANT ALPINE SECURITIES AND JOSEPH WALSH:
10           Maranda E. Fritz
             Matthew Iverson
11           MARANDA E. FRITZ, P.C.
             521 Fifth Avenue, 17th Floor
12           New York, New York 10175
             646.584.8231
13           Maranda@fritzpc.com
14
15   FOR DEFENDANT CHRISTOPHER DOUBEK:
16           Christopher Doubek, Pro Se
             Pro Se Defendant
17           Cdoubek@btap.com
18
19   ALSO PRESENT:
20           John Hurry via Webex
21
     VIDEOGRAPHER:
22
             Tyler Larsen
23
24
25
                                                       3
```

```
 1                           INDEX
 2  WITNESS                                        EXAMINATION
 3  DARREL MICHAEL CRUZ
 4       By Ms. Moessner                                      6
 5       By Mr. Doubek                                      116
 6       By Ms. Fritz                                       134
 7             WITNESS INSTRUCTED NOT TO ANSWER
 8                    PAGE       LINE
 9                     74          8
10                     85          6
11                     91         21
12                    106          8
13                    107         14
14                    120          9
15                    120         22
16                    122         13
17                    123          3
18  INDEX OF EXHIBITS
    EXHIBIT NO.                                            PAGE
19
    Exhibit 43   Alpine Securities Corporation Board         36
20               of Directors Minutes of Meeting
                 February 23, 2018 (FEN005358)
21
    Exhibit 44   Email With Attachments                      43
22               (D-03865_ARCHIVE-000041332)
23  Exhibit 45   Email Chain (SEC-FINRA-E-0833398)           52
24  Exhibit 46   Email Chain
                 (FINRA_CONFIDENTIAL_00008635)               66
25
```

4

1              Salt Lake City, Utah, Wednesday, May 15, 2024
2                        9:08 a.m. - 1:53 p.m.
3                               - - -
4              THE VIDEOGRAPHER:  This is the videotaped
5    deposition of Darrel Michael Cruz in the matter of
6    United States Securities and Exchange Commission vs.
7    Alpine Securities Corporation, et al., Case
8    No. 22-CV-1279-RFB-MDC.  This deposition is being held
9    in Salt Lake City, Utah.
10             Today's date is May 15, 2024 and the time is
11   9:08.  My name is Tyler Larsen, the certified legal
12   video specialist with Gradillas Court Reporting located
13   at 400 North Grand Boulevard, Suite 950, in Glendale,
14   California.
15             Would counsel and all present please voice
16   identify themselves and then the court reporter will
17   swear in the witness.
18             MS. MOESSNER:  Jacqueline Moessner for
19   Plaintiff Securities and Exchange Commission.
20             MR. MACDONALD:  James McDonald for Securities
21   and Exchange Commission.
22             MR. DOUBEK:  Christopher Doubek, Defendant.
23             MS. FRITZ:  Maranda Fritz.  With me is Matt
24   Iverson, attorneys for Alpine and the witness.
25             MS. MOESSNER:  And I'll note that Mr. Hurry

1  and basically just sort of do a summary of the case and
2  provide all the documents and then just sort of
3  supervise after I turned the matter over.
4      Q.  Why was your employment with the holding
5  company and not with the individual broker dealers that
6  you were working with, Alpine and Scottsdale?
7      A.  No, that's a good question.  And that's
8  because of a membership restriction with -- on Alpine
9  preventing it to have dual -- duly -- not duly
10 registered, but duly associated.  And so I really could
11 not be the boots on the ground guy for Alpine and do
12 that for Scottsdale even though any other broker dealer
13 could have had that arrangement.  So I had to do it one
14 step ahead and really my role was more like an outside
15 counsel engaged to provide general counsel services.
16     Q.  In my experience, outside counsel typically
17 has an engagement letter related to each project that
18 they're working on.  Did you have something like that
19 with Alpine and Scottsdale?
20     A.  No, but I think -- I think my services
21 agreement was broad enough really to kind of cover any
22 area that might come up.  I mean, I'm really doing it
23 for their benefit and the shareholders, you know, to
24 protect their investment, make sure that the -- that
25 the broker dealers are operating in compliance, you

32

```
 1                CERTIFICATE OF WITNESS
 2
 3        I, DARREL MICHAEL CRUZ, do hereby declare under
 4        penalty of perjury that I have read the entire
 5        foregoing transcript of my deposition testimony,
 6        or the same has been read to me, and certify that
 7        it is a true, correct and complete transcript of
 8        my testimony given on May 15, 2024, save and
 9        except for changes and/or corrections, if any, as
10        indicated by me on the attached Errata Sheet, with
11        the understanding that I offer these changes and/or
12        corrections as if still under oath.
13           _____ I have made corrections to my deposition.
14           _____ I have NOT made any changes to my deposition.
15
16     Signed: _____
                   DARREL MICHAEL CRUZ
17
18     Dated this _____ day of _____ of 20____.
19
20
21
22
23
24
25
                                                         142
```

```
 1   STATE OF UTAH       )
                         ) ss.
 2   COUNTY OF SALT LAKE )

 3                REPORTER'S CERTIFICATE

 4       I, Amanda Richards, certified shorthand reporter

 5   for the State of Utah, certify:

 6       That the deposition of the witness herein was

 7   taken before me at the time and place herein set forth,

 8   at which time the witness was by me duly sworn to

 9   testify the truth; that the testimony of the witness

10   and all objections made and all proceedings had of

11   record at the time of the examination were

12   stenographically reported and transcribed by me.

13       That the foregoing transcript, as transcribed by

14   me, is a full, true and correct record of my

15   stenographic notes so taken.

16       I further certify that I am neither counsel for

17   nor related to any party to said action, nor in anywise

18   interested in the outcome thereof.

19       IN WITNESS WHEREOF, I have subscribed my name

20   below this 22nd day of May 2024.

21
                 _____Amanda Richards_____
22
                    Amanda Richards, CSR
23

24

25
                                                        143
```