William E. Peterson, Bar No. 1528
wpeterson@swlaw.com
Janine C. Prupas, Bar No. 9156
jprupas@swlaw.com
SNELL & WILMER L.L.P.
5520 Kietzke Lane, Suite 500
Reno, NV 89511
Telephone: (775) 785-5440
Facsimile: (775) 785-5441

Maranda E. Fritz
maranda@fritzpc.com
Maranda Fritz PC
521 Fifth Avenue
New York, New York 10175
Telephone: 646 584-8231
(Pro Hac Application to be filed)

*Attorneys for Defendant Alpine Securities Corp. and Joseph Walsh*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ALPINE SECURITIES CORPORATION, CHRISTOPHER DOUBEK, and JOSEPH WALSH,<br><br>Defendants. | Case No. 2:22-cv-01279-RFB-VCF<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE, that William E. Peterson, Janine C. Prupas, and the law firm of Snell & Wilmer L.L.P. hereby withdraw as counsel of record for Defendants Alpine Securities Corporation ("Alpine") and Joseph Walsh ("Walsh").

PLEASE TAKE FURTHER NOTICE that Joseph C. Reynolds, Ramez A. Ghally, and the law firm Hutchison & Steffen shall remain as counsel of record for Alpine and Walsh and all filings and notices in this matter should be directed to same.

Dated: April 17, 2025            SNELL & WILMER L.L.P.

By: /s/ *William E. Peterson*
William E Peterson, NV Bar #1528
Janine C. Prupas, Bar No. 9156
5520 Kietzke Lane, Suite 500
Reno, NV 89511

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL** by the method indicated:

| | |
|---|---|
| XXXXXXX | by Court's CM/ECF Program |
| _____ | by U. S. Mail |
| _____ | by Facsimile Transmission |
| _____ | by Overnight Mail |
| _____ | by Federal Express |
| _____ | by Electronic Service |
| _____ | by Hand Delivery |

Dated: April 17, 2025

By: /s/ *Willow Cornelius*
An employee of Snell & Wilmer L.L.P.

- 3 -