James P. McDonald
Jacqueline M. Moessner
Admitted pursuant to LR IA 11-3
Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, Colorado 80294
(303) 844-1000
mcdonaldja@sec.gov
moessnerj@sec.gov

*Counsel for Plaintiff Securities and Exchange Commission*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ALPINE SECURITIES CORPORATION, CHRISTOPHER DOUBEK, and JOSEPH WALSH,<br><br>Defendants. | Case No. 2:22-cv-01279-RFB-MDC<br><br>**PLAINTIFF'S MOTION TO CONTINUE NOVEMBER 17, 2025 REMEDIES HEARING AND SET BRIEFING SCHEDULE ON MOTION FOR REMEDIES (First Request)** |

Plaintiff United States Securities and Exchange Commission respectfully submits this motion to (1) continue the November 17, 2025 hearing on remedies (set in ECF No. 110) and (2) set a briefing schedule for a Motion for Remedies that is contingent upon the reopening of the Securities and Exchange Commission, which closed October 1, 2025 due to a lapse in appropriations. Defendants Alpine Securities Corporation ("Alpine") and Joseph Walsh ("Walsh") consent to this motion. Plaintiff has emailed and called *pro se* Defendant Christopher Doubek ("Doubek") regarding this motion but has not yet heard from him. Given the shutdown of the Securities and Exchange Commission due to a lapse in appropriations, Plaintiff files this motion in advance of having heard back from Mr. Doubek. This is the first request by any party to continue this hearing date.

**Procedural Background**

The SEC filed the Complaint in this matter on August 10, 2022. *See* ECF No. 1. Discovery in this matter concluded on August 27, 2024. *See* ECF. No. 73.

On October 10, 2024, the SEC filed a motion for summary judgment and an accompanying declaration. *See* ECF Nos. 81, 82. Defendants Alpine and Walsh responded on October 31. *See* ECF No. 90. Defendant Doubek did not respond to the SEC's Motion. Plaintiff replied on November 22. *See* ECF No. 96.

On October 18, 2024, Defendants filed a motion for partial summary judgment. *See* ECF No. 87. Plaintiff responded on November 8 and filed an accompanying declaration. *See* ECF Nos. 92, 93. Defendants replied on November 22. *See* ECF No. 95.

On April 14, 2025, the Court set a hearing on the two pending motions for May 28, 2025. *See* ECF No. 100. On May 14, Defendant Christopher Doubek filed a motion to dismiss. *See* ECF No. 103. On May 21, Plaintiff responded. *See* ECF No. 104. On May 27, Defendants Walsh and Alpine responded. *See* ECF No. 106. That same day, Doubek filed a reply. *See* ECF No. 105. On May 28, the Court held a hearing on the pending motions. *See* ECF No. 10.

On September 30, 2025, the Court granted Plaintiff's Motion for Summary Judgment, denied Defendant Alpine and Walsh's motion for partial summary judgment, and denied Defendant Doubek's motion to dismiss. *See* ECF No. 110. The Court also set a hearing for November 17, 2025 to review the remedies to be imposed based on the Court's findings in its September 30, 2025 Order. *Id.*

**Good Cause Exists to Continue the Hearing**

The SEC seeks the relief sought herein for two reasons.

First, due to a lapse in appropriations, the SEC shut down as of October 1, 2025. Most personnel have been furloughed with limited exceptions and are prohibited from working. The SEC attorneys assigned to this matter have been furloughed and thus are not available to work on this matter. Employees are not permitted to work on a voluntary basis when furloughed. *See* 31 U.S.C. § 1342.

Second, counsel for the Commission must obtain formal authorization by vote of the

Commission in order to seek specific penalties against defendants. Before counsel for the SEC can suggest a specific penalty that the Court should impose upon Defendants, the SEC must obtain the authorization to do so. This authorization procedure, which can take up to ninety days, is in accordance with the Administrative Procedure Act, 5 U.S.C. § 551 *et seq.*, and the SEC's standard practices and procedures. Once the Commissioners officially authorize undersigned counsel to take a position in this case regarding the specific penalties to be sought, the SEC will file motion papers that include a proposed form of Final Judgment that includes all relief sought.

**Proposed Briefing and Hearing Schedule**

The SEC proposes that the Court continue the November 17, 2025 hearing given the foregoing, enter the following briefing schedule, and set a hearing date after briefing is complete that is convenient for the Court:

The SEC shall file any Motion for Remedies within 90 days of the government reopening.

Any oppositions or responses to any such Motion for Remedies be filed within 30 days of the date the motion is filed.

Any replies shall be filed within 14 days of the date any oppositions or responses are filed.

***

For the reasons set forth above, Plaintiff United States Securities and Exchange Commission respectfully submits that there is good cause to (1) enter the requested briefing schedule for the SEC's Motion for Remedies set forth above; and (2) to continue the November 17, 2025 hearing on remedies (set in ECF No. 110) to a date convenient to the Court after briefing has been completed.

Respectfully submitted this 1st day of October, 2025.

        SECURITIES AND EXCHANGE COMMISSION

        */s/ Jacqueline M. Moessner*
        James P. McDonald
        Jacqueline M. Moessner
        Admitted pursuant to LR IA 11-3
        Securities and Exchange Commission
        1961 Stout Street, Suite 1700
        Denver, Colorado 80294
        (303) 844-1000

mcdonaldja@sec.gov
moessnerj@sec.gov

*Attorneys for Plaintiff Securities and Exchange Commission*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed with the Court on October 1, 2025, through the CM/ECF system, which will electronically notify all counsel of record and pro se parties authorized to receive electronic notifications.

*/s/ Jacqueline M. Moessner*
Securities and Exchange Commission

4

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　Plaintiff,<br><br>v.<br><br>ALPINE SECURITIES CORPORATION, CHRISTOPHER DOUBEK, and JOSEPH WALSH,<br><br>　　Defendants. | Case No. 2:22-cv-01279-RFB-MDC<br><br>**ORDER TO CONTINUE NOVEMBER 17, 2025 HEARING AND SET BRIEFING SCHEDULE ON MOTION FOR REMEDIES** |

WHEREAS, on October 1, 2025, Plaintiff United States Securities and Exchange Commission, moved for good cause to continue the November 17, 2025 Hearing and Set Briefing on Motion for Remedies;

IT IS HEREBY ORDERED that good cause has been shown; the November 17, 2025 hearing is continued to a future date after briefing on a Motion for Remedies is complete, and the following briefing schedule on a Motion for Remedies is ordered:

- The SEC shall file any Motion for Remedies within 90 days of the Securities and Exchange Commission reopening.
- Any oppositions or responses to any such Motion for Remedies shall be filed within 30 days of the date the motion is filed.
- Any replies shall be filed within 14 days of the date any oppositions or responses are filed.

**DATED:** ____October 2____, 2025.
Las Vegas, Nevada

　　　　　　　　　　　　　　IT IS SO ORDERED:

　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　**RICHARD F. BOULWARE, II**
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**