James P. McDonald
Jacqueline M. Moessner
Admitted pursuant to LR IA 11-3
Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, Colorado 80294
(303) 844-1000
mcdonaldja@sec.gov
moessnerj@sec.gov

*Counsel for Plaintiff Securities and Exchange Commission*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ALPINE SECURITIES CORPORATION, CHRISTOPHER DOUBEK, and JOSEPH WALSH,<br><br>Defendants. | Case No. 2:22-cv-01279-RFB-MDC<br><br>**JOINT MOTION TO STAY BRIEFING SCHEDULE ON MOTION FOR REMEDIES** |

Plaintiff United States Securities and Exchange Commission, Defendants Alpine Securities Corporation ("Alpine") and Joseph Walsh ("Walsh"), and *pro se* Defendant Christopher Doubek ("Doubek") jointly submit this motion to stay the briefing schedule on Plaintiff's Motion for Remedies. This is the first request by any party for a stay of the remedies briefing schedule, and the second request to amend the schedule set in the Court's Order dated September 30, 2025 (ECF No. 110) concerning remedies.

**I.     Procedural Background**

The SEC filed the Complaint in this matter on August 10, 2022. *See* ECF No. 1. On November 1, 2022, Defendants Alpine and Walsh moved to dismiss or transfer this case for improper venue or to stay administrative proceedings that were then occurring between the

Financial Industry Regulatory Authority ("FINRA") and Alpine, including by arguing that this case and those proceedings were duplicative. *See* ECF No. 14 at 11-20 (referring to FINRA Disciplinary Proceeding No. 2019061232601, the "FINRA Action"). The SEC opposed those motions, ECF No. 20 at 15-24, and the Court denied the motion (among others) at a hearing on August 14, 2023. *See* Tr. of Aug. 15, 2023 Hrg. at 34-35.

Discovery in this matter concluded on August 27, 2024. *See* ECF. No. 73. Following discovery, on October 10, 2024, the SEC filed a motion for summary judgment on the four claims for relief in the Complaint *See* ECF Nos. 81, 82. On October 18, 2024, Defendants Alpine and Walsh filed a motion for partial summary judgment. *See* ECF No. 87. On May 28, 2025, the Court held a hearing on the motions for summary judgment as well as a then-recent motion to dismiss filed by Defendant Doubek. *See* ECF No. 103.

On September 30, 2025, the Court granted Plaintiff's Motion for Summary Judgment, denied Defendants Alpine and Walsh's motion for partial summary judgment, and denied Defendant Doubek's motion to dismiss. *See* ECF No. 110. The Court also set a hearing for November 17, 2025 to review the remedies to be imposed based on the Court's findings in its September 30, 2025 Order. *Id.*

On October 1, 2025, the date the Securities and Exchange Commission shut down operations due to a lapse in appropriations, the SEC sought to continue the November 17, 2025 hearing and to set a briefing schedule on remedies. ECF No. 111 (the "Motion to Continue"). On October 2, 2025, the Court granted Plaintiff's Motion to Continue and ordered that any Motion for Remedies be filed within 90 days of the Securities and Exchange Commission reopening. ECF No. 112 at 5.

On November 13, 2025, the SEC reopened; accordingly, Plaintiff calculates that its Motion for Remedies is due on February 11, 2026.

II.     **Good Cause Exists to Stay Briefing on Remedies at This Time**

In the FINRA Action, on March 22, 2022, a FINRA Hearing Panel ordered that Alpine be expelled from its membership. On March 25, 2025, FINRA's National Adjudicatory Council ("NAC") issued a decision that affirmed and modified the decision of FINRA Hearing Panel. *See*

2

*Dep't of Enf't v. Alpine Securities Corp.*, 2025 FINRA Discip. Lexis. 6, *157-158 (Mar. 25, 2025). On April 7, 2025, Alpine appealed that decision to the Commissioners of the SEC. *See In the Matter of the Application of Alpine Securities Corp. for Review Action Take by FINRA*, SEC Admin. Proceeding No. 3-22471. Alpine's appeal of the FINRA matter to the SEC is now fully briefed and is being considered by the Commission. *See id.*, 2025 SEC Lexis 3026 at 1-2 (Dec. 1, 2025) (setting forth procedural history and specifying that Alpine's final brief was due January 13, 2026); *see also* https://www.sec.gov/enforcement-litigation/administrative-proceedings/3-22471 (reflecting that Alpine's reply brief has been filed).

   The Parties jointly request a stay of remedies briefing in light of Alpine's appeal of the FINRA Action to the Commissioners of the SEC, which is now pending. As the SEC previously advised the Court, under its normal procedures, the attorneys who are litigating this matter on behalf of the SEC would seek formal authorization, by a vote of the SEC Commissioners, of the specific remedies that the SEC (as a litigant) would seek against Alpine in this matter. Counsel for Alpine has recently argued to the SEC staff in the Division of Enforcement that given the Commission is now considering Alpine's appeal of the FINRA Action, and has all information before it, including reviewing remedies that Alpine views as effectively comparable[1], the Commission itself should be permitted to complete that process. Alpine argued that it would be unfair and inefficient for the SEC staff in this matter to seek to effectively put it out of business via remedies imposed by this Court while the Commission considers the appeal of the FINRA Action, including the remedies imposed by FINRA. While the SEC does not agree or endorse Alpine's argument in any way, given Alpine's counsel's argument, and in an extreme abundance of caution and in an effort to avoid wasting any of the Court or the Commission's limited resources or even the appearance of any impropriety, all parties therefore seek this stay until the Commission decides the appeal of the FINRA Action and related remedies, which as noted above is fully briefed and pending with the Commission. Given that all parties to this proceeding consent to continuing remedies briefing until the Commissioners

---

[1] Alpine has argued that the expulsion from FINRA imposed in the FINRA Action and a penny stock bar that the Commission has indicated it may seek here are the functional equivalent because both would put Alpine out of business.

have completed their review of Alpine's appeal in the FINRA Action, the parties jointly submit that no party will be prejudiced by a stay.

Accordingly, the Parties jointly propose that the Court stay this matter until after the Commission's appellate decision in the FINRA Action. The Parties propose that, if this application is granted, they file a status report at least 90 days during the pendency of the stay to inform the Court as to whether a decision has been made by the Commission in the FINRA Action.  In addition, the Parties will notify the Court within seven days of the Commission issuing a final decision in the FINRA Action and propose a new schedule for briefing the SEC's Motion for Remedies for the Court's consideration.

***

For the reasons set forth above, the Parties jointly submit that there is good cause to stay these proceedings pending a determination by the Commission of the appeal in the FINRA Action.

Respectfully submitted this 28th day of January, 2026.

SECURITIES AND EXCHANGE COMMISSION

*/s/ James P. McDonald*
James P. McDonald
Jacqueline M. Moessner
Admitted pursuant to LR IA 11-3
Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, Colorado 80294
(303) 844-1000
mcdonaldja@sec.gov
moessnerj@sec.gov

*Attorneys for Plaintiff Securities and Exchange Commission*

Consented to by:

Maranda E. Fritz (Pro Hac Vice)
Maranda Fritz PC
521 Fifth Avenue
New York, New York 10175
maranda@fritzpc.com
Telephone: (646) 584-8231

Joseph C. Reynolds (Nev. Bar No. 8630)
Ramez A. Ghally (Nev. Bar No. 15225)
Hutchison & Steffen, PLLC
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
jreynolds@hutchlegal.com
rghally@hutchlegal.com
Telephone: (702) 385-25

*Attorneys for Defendants Alpine Securities Corp. and Joseph Walsh*

Christopher Doubek
2043 Joy View Lane
Henderson, NV 89012

*Pro Se Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing, along with any attachments, was filed with the Court on January 28, 2026, through the CM/ECF system, which will electronically notify all counsel of record and pro se parties authorized to receive electronic notifications.

*/s/ James P. McDonald*
Securities and Exchange Commission