**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

     Plaintiff,

  v.

ALPINE SECURITIES CORPORATION,
CHRISTOPHER DOUBEK, and
JOSEPH WALSH,

     Defendants.

Case No. 2:22-cv-01279-RFB-MDC

**ORDER STAYING BRIEFING SCHEDULE**
**ON MOTION FOR REMEDIES**

Before the Court is Plaintiff's Unopposed Motion to Stay Briefing (ECF No. 112). Through it, the Parties aim to stay this Court's briefing schedule on the issue of remedies. See generally ECF No. 112.

Good cause being found, **IT IS HEREBY ORDERED** Plaintiff's Motion is **GRANTED**. The Parties need not provide briefing on the issue of remedies until the U.S. Securities and Exchange Commission resolves Alpine's appeal of the related FINRA Action. Cf. ECF No. 113 at 3 (describing the FINRA Action in more detail). When it does, the Parties will have seven days to notify the Court and to propose a new briefing schedule regarding remedies.

**IT IS FURTHER ORDERED** the Parties must file a joint status report every 90 days until this stay is lifted. The joint status report should describe the status of Alpine's appeal. The Parties' first status report is due on, or before, July 4, 2026.

    **DATED:** April 5, 2026.

                                        _____

                                        **RICHARD F. BOULWARE, II**
                                        **UNITED STATES DISTRICT JUDGE**