James P. McDonald
Jacqueline M. Moessner
Admitted pursuant to LR IA 11-3
Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, Colorado 80294
(303) 844-1000
mcdonaldja@sec.gov
moessnerj@sec.gov

*Counsel for Plaintiff Securities and Exchange Commission*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:22-cv-01279-RFB-MDC |
| Plaintiff, | **STATUS REPORT** |
| v. | |
| ALPINE SECURITIES CORPORATION, CHRISTOPHER DOUBEK, and JOSEPH WALSH, | |
| Defendants. | |

Plaintiff United States Securities and Exchange Commission ("SEC") respectfully submits this Status Report pursuant to the Court's April 5, 2026 Order Staying the Briefing Schedule on the SEC's Motion for Remedies. ECF No. 114. Defendant Christopher Doubek, who is *pro se,* has advised that he consents to the Status Report. Defendant Alpine Securities Corporation ("Alpine") has reviewed and consented to this filing through its counsel, as set forth below. Counsel for Defendant Joseph Walsh ("Walsh") advised the SEC for the first time earlier today that she no longer represents Mr. Walsh, and instead provided to the SEC Mr. Walsh's contact information and written permission to contact him. The SEC contacted Mr. Walsh who advised that he does not have an attorney and that he consents to the filing of this Status Report.

## I.    Background

As the Court is aware from the parties' Joint Motion to Stay the Briefing Schedule filed on January 28, 2026, Defendant Alpine is currently contesting a separate enforcement proceeding initiated by the Financial Industry Regulatory Authority ("FINRA") against Alpine (FINRA Disciplinary Proceeding No. 2019061232601, the "FINRA Action") that resulted in 2022 in a decision imposing monetary penalties and expelling Alpine from FINRA's membership, the effectiveness of which was stayed by order of the Securities and Exchange Commission. *See* ECF No. 113 at 2-3. On March 25, 2025, FINRA's National Adjudicatory Council ("NAC") issued a decision that affirmed and modified the decision of a FINRA Hearing Panel, again staying the effectiveness of the ruling. On April 7, 2025, Alpine appealed that decision by the NAC to the Commissioners of the SEC. *See* In the Matter of the Application of Alpine Securities Corp. for Review of Action Taken by FINRA, SEC Admin. Proceeding No. 3-22471. The parties previously advised that Alpine's appeal of the FINRA Action and NAC decision to the SEC was fully briefed and is now being considered by the Commission. ECF No. 113 at 3.

On January 28, 2026, all parties jointly moved to stay the briefing schedule on the SEC's Motion for Remedies pending a determination by the Commission of Alpine's appeal in the FINRA Action. ECF No. 113. On April 5, 2026, the Court granted the parties' joint motion, ordering that the parties "need not provide briefing on the issue of remedies until the U.S. Securities and Exchange Commission resolves Alpine's appeal of the related FINRA Action." ECF No. 114. The Court further ordered that when the Commission resolves that appeal, "the Parties will have seven days to notify the Court and to propose a new briefing schedule regarding remedies." *Id.* The Court also ordered the parties to "file a joint status report every 90 days until this stay is lifted," with the first status report due on or before July 4, 2026. *Id.*

## II.    Status of the FINRA Appeal

Counsel for Alpine, who represents Alpine in its appeal of the FINRA Action to the SEC Commissioners, has advised counsel for the SEC that no decision has yet been entered by the SEC Commissioners, and no hearings or proceedings are currently scheduled. A review of the public docket for that administrative proceeding, which is available at https://www.sec.gov/enforcement-

litigation/administrative-proceedings/3-22471, confirms that the most recent filing in that appeal was on January 14, 2026 (last visited July 6, 2026). Accordingly, the status of the appeal remains in the same posture as when the parties originally sought a stay of this matter.

**III.    Status of Counsel for Defendant Walsh**

The SEC initiated preparation of this Status Report on June 23, 2026, and emailed counsel for Alpine and Mr. Walsh (Maranda Fritz, Esq.) and Mr. Doubek (*pro se*) to indicate that the SEC was preparing a draft of the Status Report. The SEC circulated a draft Status Report to Ms. Fritz and Mr. Doubek on June 26, 2026. Mr. Doubek provided his consent to the draft report on June 26, 2026. Despite follow-up communications on June 30 and July 2, 2026, the SEC did not receive a response from Ms. Fritz about the Status Report until the evening of July 5, 2026. On the morning of July 6, 2026, the date of this filing, Ms. Fritz advised the SEC for the first time that she no longer represents Mr. Walsh, stating that "the events with Joe Walsh occurred in May." Ms. Fritz provided contact information for Mr. Walsh and advised that she did not object to the SEC contacting him. Ms. Fritz has further advised that she is seeking Mr. Walsh's consent to her withdrawal and will, if consent is not obtained, file a motion to withdraw as his counsel.

On June 6, 2026, the SEC contacted Mr. Walsh by telephone, and Mr. Walsh provided the SEC an email address to send him a draft of the status report. The SEC sent Mr. Walsh a draft of the status report, and he has replied by email indicating that he consents to its content.

**IV.    Conclusion**

The SEC, Alpine, Mr. Doubek, and Mr. Walsh jointly submit that the stay of the remedies briefing should continue pending a determination by the Commission of Alpine's appeal in the FINRA Action. Consistent with the Court's prior Order, the parties will notify the Court within seven days of the Commission's decision on Alpine's appeal and propose a new briefing schedule

on the SEC's Motion for Remedies. If no such decision has been issued, the parties will file another status report within 90 days of this report, on or before October 4, 2026.

Respectfully submitted this 6th day of July, 2026.

SECURITIES AND EXCHANGE COMMISSION

*/s/ James P. McDonald*
James P. McDonald
Jacqueline M. Moessner
Admitted pursuant to LR IA 11-3
Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, Colorado 80294
(303) 844-1000
mcdonaldja@sec.gov
moessnerj@sec.gov

*Attorneys for Plaintiff Securities and Exchange Commission*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing, along with any attachments, was filed with the Court on July 6, 2026, through the CM/ECF system, which will electronically notify all counsel of record and pro se parties authorized to receive electronic notifications.

/s/ James P. McDonald
Securities and Exchange Commission