James P. McDonald
Jacqueline M. Moessner
Admitted pursuant to LR IA 11-3
Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, Colorado 80294
(303) 844-1000
mcdonaldja@sec.gov
moessnerj@sec.gov

*Counsel for Plaintiff Securities and Exchange Commission*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ALPINE SECURITIES CORPORATION, CHRISTOPHER DOUBEK, and JOSEPH WALSH,<br><br>Defendants. | Case No. 2:22-cv-01279-RFB-MDC<br><br>**STATUS REPORT** |

Plaintiff United States Securities and Exchange Commission ("SEC") respectfully submits this Status Report pursuant to the Court's July 7, 2026 Minute Order extending the stay of the briefing schedule on the SEC's Motion for Remedies. ECF No. 116. Defendant Alpine Securities Corporation ("Alpine") has reviewed and consented to this filing through its counsel. Defendant Joseph Walsh ("Walsh"), who is *pro se*, has advised that he consents to this Status Report. Defendant Christopher Doubek, who is *pro se*, has not responded to multiple requests (by e-mails and telephone calls) from Plaintiff's counsel regarding his position on this Status Report.

## I. Background

As the parties have previously reported to the Court, Defendant Alpine is currently contesting a separate enforcement proceeding initiated by the Financial Industry Regulatory

Authority ("FINRA") against Alpine (FINRA Disciplinary Proceeding No. 2019061232601, the "FINRA Action") that resulted in a 2022 decision imposing monetary penalties and expelling Alpine from FINRA's membership, the effectiveness of which was stayed by order of the Securities and Exchange Commission. *See* ECF No. 113 at 2-3. On March 25, 2025, FINRA's National Adjudicatory Council ("NAC") issued a decision that affirmed and modified the decision of a FINRA Hearing Panel, again staying the effectiveness of the ruling. *Id.* at 2. On April 7, 2025, Alpine appealed that decision by the NAC to the Commissioners of the SEC. *See In the Matter of the Application of Alpine Securities Corp. for Review of Action Taken by FINRA*, SEC Admin. Proceeding No. 3-22471. That appeal is fully briefed and remains pending before the Commission.

On January 28, 2026, the parties jointly moved to stay the briefing schedule on the SEC's Motion for Remedies pending a determination by the Commission of Alpine's appeal in the FINRA Action. ECF No. 113. On April 5, 2026, the Court granted the parties' joint motion. ECF No. 114. On July 6, 2026, the parties filed the first joint status report advising the Court of the continued pendency of the FINRA appeal. ECF No. 115. On July 7, 2026, the Court entered a Minute Order extending the stay, ordering that the parties "need not provide briefing on the issue of remedies until the U.S. Securities and Exchange Commission resolves Alpine's appeal of the related FINRA Action," and that when the Commission resolves that appeal, "the Parties will have seven days to notify the Court and to propose a new briefing schedule regarding remedies." ECF No. 116. The Court further ordered the parties to "continue to file a joint status report every 90 days until this stay is lifted," with the next status report due on or before October 5, 2026. *Id.*

## II. Status of the FINRA Appeal

On September 28, 2026, the Commission issued an Order Extending Time to Issue Decision in Alpine's appeal, extending the period within which a decision may be issued by the Commission to December 28, 2026. *See* Securities Exchange Act Release No. 106506 (Sept. 28, 2026), Admin. Proc. File No. 3-22471, *at* https://www.sec.gov/files/litigation/opinions/2026/34-106506.pdf. Accordingly, the appeal remains pending, with a decision now due to be issued on or before December 28, 2026.

## III. Conclusion

The SEC, Alpine, and Mr. Walsh jointly submit that the stay of the remedies briefing should continue pending a determination by the Commission of Alpine's appeal in the FINRA Action, which the Commission has now indicated is scheduled to be decided on or before December 28, 2026 (again, Mr. Doubek's position is not known). Consistent with the Court's prior Order, the parties will notify the Court within seven days of the Commission's decision on Alpine's appeal and propose a new briefing schedule on the SEC's Motion for Remedies. If no such decision has been issued, the parties will file another status report within 90 days of this report, on or before January 4, 2027.

Respectfully submitted this 5th day of October, 2026.

SECURITIES AND EXCHANGE COMMISSION

*/s/ James P. McDonald*

James P. McDonald
Jacqueline M. Moessner
Admitted pursuant to LR IA 11-3
Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, Colorado 80294
(303) 844-1000
mcdonaldja@sec.gov
moessnerj@sec.gov

*Attorneys for Plaintiff Securities and Exchange Commission*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing, along with any attachments, was filed with the Court on October 5, 2026, through the CM/ECF system, which will electronically notify all counsel of record and pro se parties authorized to receive electronic notifications.

*/s/ James P. McDonald*
Securities and Exchange Commission